■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD W. EVANS, Appellant. [3 NYS3d 644]—Appeal from a judgment of the County Court of Chemung County (Buckley, J.), rendered March 12, 2012, convicting defendant upon his plea of guilty of the crimes of attempted assault in the second degree and driving while intoxicated.

In satisfaction of the charges contained in two indictments, defendant pleaded guilty to attempted assault in the second degree and driving while intoxicated. Under the terms of the plea agreement, he was to be sentenced to 1½ to 3 years in prison on the former charge and one year in jail on the latter charge, to run concurrently. He subsequently was sentenced as a second felony offender in accordance with the terms of the plea agreement and he now appeals.

Appellate counsel seeks to be relieved of her assignment of representing defendant on the ground that there are no nonfrivolous issues that may be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

McCarthy, J.P., Garry, Egan Jr. and Devine, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.